**804**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Case No: 04-05209 SEK  Judge: DE JESUS, SARA
Case Name: WILDING MARTIN, ALAN WILLIAM
  JIMENEZ CANDAL, JOHANA
For Period Ending: 06/30/05

Trustee Name: JOHN A. ZERBE
Date Filed (f) or Converted (c): 05/18/04 (f)
341(a) Meeting Date: 06/23/04
Claims Bar Date: APPLIED FOR

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. HOUSE--BORINQUEN GARDENS | 250,000.00 | 0.00 |  | 5,000.00 | 99,300.00 |
| 2. HOUSEHOLD GOODS | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 3. CLOTHING | 800.00 | 0.00 | DA | 0.00 | FA |
| 4. JEWELRY | 800.00 | 0.00 | DA | 0.00 | FA |
| 5. LIGHTING EQUIPMENT | 60,000.00 | 0.00 | OA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A |  | 11.97 | Unknown |

TOTALS (Excluding Unknown Values)   $ 313,600.00   $ 0.00   $ 5,011.97   **Gross Value of Remaining Assets** $99,300.00
(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR):  / /     Current Projected Date of Final Report (TFR):  / /

LFORM1

Ver: 10.51

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 04-05209 SEK | Trustee Name: | JOHN A. ZERBE |
|---|---|---|---|
| Case Name: | WILDING MARTIN, ALAN WILLIAM | Bank Name: | BANCO SANTANDER, PR. |
| | JIMENEZ CANDAL, JOHANA | Account Number / CD #: | *******1996 Banco Santander, P.R. - Checking Ac |
| Taxpayer ID No: | *******6490 | | |
| For Period Ending: | 06/30/05 | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| * 03/23/05 | 1 | ASDRUBAL A. SEDA | DEPOSIT PROPERTY PURCHASE | 1110-003 | 5,000.00 | | 5,000.00 |
| * 03/31/05 | 1 | ASDRUBAL A. SEDA | DEPOSIT PROPERTY PURCHASE INSUFFICIENT FUNDS | 1110-003 | -5,000.00 | | 0.00 |
| 04/01/05 | 1 | ASDRUBAL A. SEDA | | 1110-000 | 5,000.00 | | 5,000.00 |
| 04/29/05 | INT | BANCO SANTANDER, PR. | Interest Rate 1.000 | 1270-000 | 3.35 | | 5,003.35 |
| 05/31/05 | INT | BANCO SANTANDER, PR. | Interest Rate 1.000 | 1270-000 | 4.45 | | 5,007.80 |
| 06/30/05 | INT | BANCO SANTANDER, PR. | Interest Rate 1.000 | 1270-000 | 4.17 | | 5,011.97 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 5,011.97 | 0.00 | 5,011.97 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 5,011.97 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 5,011.97 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Banco Santander, P.R. - Checking Ac - ********1996 | 5,011.97 | 0.00 | 5,011.97 |
| | 5,011.97 | 0.00 | 5,011.97 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | Page Subtotals | 5,011.97 | 0.00 |
|---|---|---|---|

LFORM24

Ver: 10.51