IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| In re: | § | |
|---|---|---|
| | § | Case No: **04-05209-SEK** |
| **WILDING MARTIN, ALAN WILLIAM** | § | |
| **JIMENEZ CANDAL, JOHANA** | § | Chapter No: **7** |
| | § | |
| Debtor(s). | § | Judge: **DE JESUS, SARA** |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION AND EXPENSES
AND PROPOSED DISTRIBUTION

NOTICE IS HEREBY GIVEN THAT:

The Trustee's final report together with the proposed distribution was filed with this Honorable Court on __3/15/2007__, after certification by the United States Trustee.

| | |
|---|---|
| The Final Report shows receipts of | $170,562.42 |
| And approved disbursements of | $154,412.25 |
| Leaving a balance of | $16,150.17 |

Applications for any Chapter 7 fees and administrative expenses not previously approved, or approved but not paid, have been filed as follows:

*Chapter 7 Administrative*

| Claim No. | Applicant's Name | Fee Or Expense | Amount Paid | Amount To Be Paid |
|---|---|---|---|---|
| | JOHN A. ZERBE | Fee | $0.00 | $10,690.78 |
| | JOHN A. ZERBE | Expense | $0.00 | $243.02 |
| | | | TOTAL: | $10,933.80 |

*Payments to Debtors - Excess Funds 726(a)(6)*

| Claim No. | Applicant's Name | Fee Or Expense | Amount Paid | Amount To Be Paid |
|---|---|---|---|---|
| | WILDING MARTIN, ALAN WILLIAM | $3,746.58 | $0.00 | $3,746.58 |
| | | | TOTAL: | $3,746.58 |

*Secured Claims*

| Claim No. | Applicant's Name | Allowed Amount of Claim | Amount Paid | Amount To Be Paid |
|---|---|---|---|---|
| 001 | LOAN PARTICIPANT PARTNERS | $0.00 | $0.00 | $0.00 |

| | | | | |
|---|---|---|---|---|
| | LTD | | | |
| 002 | BANCO POPULAR-PRESTAMOS HIPOTECARIO | $0.00 | $0.00 | $0.00 |
| 005 | LOAN PARTICIPANT PARTNERS LTD | $0.00 | $0.00 | $0.00 |
| | | | TOTAL: | $0.00 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $211.11 must be paid pro-rata in advance of any dividend to general unsecured creditors. The priority dividend is anticipated to be 100.000000%.

Allowed priority claims receiving distribution are as follows:

*Priority Claims*

| Claim No. | Applicant's Name | Allowed Amount of Claim | Amount Paid | Amount To Be Paid |
|---|---|---|---|---|
| 003 | DEPARTMENT OF TREASURY | $211.11 | $0.00 | $211.11 |
| | | | TOTAL: | $211.11* |

Claims of general unsecured creditors totaling $1,258.68 have been allowed and will be paid pro-rata only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 100.000000%.

Allowed general unsecured claims receiving distribution are as follows:

*Unsecured Claims*

| Claim No. | Applicant's Name | Allowed Amount of Claim | Amount Paid | Amount To Be Paid |
|---|---|---|---|---|
| 004 | PR ELECTRIC POWER AUTHORITY | $1,258.68 | $0.00 | $1,258.68 |
| | | | TOTAL: | $1,258.68* |

**TOTAL AMOUNT DISBURSED** $16,150.17
**TO CREDITORS ON THIS REPORT:**
*Includes Interest

If no objections to the Trustee's final report are filed within 30 days, this report may be approved without further notice or hearing. The original of the Trustee's final report and the proposed distribution can be reviewed at the Clerk's Office of the U.S. Bankruptcy Court.

In San Juan, PR, this   3/16/07   .

*[signature]*
CLERK, US BANKRUPTCY COURT
Clerk, U.S. Bankruptcy Court
*Deputy Clerk*