IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

In re: 

WILDING MARTIN, ALAN
JIMENEZ CANDAL, JOHANA

Case No.: 04-05209 (SEK)

Chapter : 07

Debtor

TRUSTEE'S REPORT ON UNCLAIMED MONEYS
AND TRANSFER OF SAID FUNDS TO THE CLERK

TO THE HONORABLE COURT:

Comes now, John A. Zerbe, duly appointed, qualified and acting trustee and pursuant to 11 USC 347(a) and Title 28 (i.e. #2042) reports the following:

1. An order of Final Distribution was entered by this Court, checks were issued accordingly, and the required time has elapsed for the cancellation of same.

2. To date the bank account of this estate attached herein reflects that the sum of $3,746.58 is still on deposit representing unclaimed moneys due to the following listed creditor:

| Creditor's Name & Address | Amount Unclaimed |
|---|---|
| ALAN W. WILDING MARTIN<br>UU16 Calle Ires B<br>Urb. Borinquen<br>San Juan, PR 00926 | $3,746.58 |

WHEREFORE, the trustee hereby reports that he has issued a check representing unclaimed moneys in the amount of $3,746.58 payable to the Clerk, U.S. Bankruptcy Court, in order to reduce the estate's bank account to "0".

RESPECTFULLY SUBMITTED in San Juan, Puerto Rico this 17th day of October 2007.

I HEREBY CERTIFY that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of said filing to parties appearing in said system.

/s/ J. Zerbe
John A. Zerbe, Trustee
165 Ave. De Diego
Urb. San Francisco
Rio Piedras, PR 00927
(787) 765-8877

# ESTADO DE CUENTA

JOHN A ZERBE ATF BK ESTATE OF
ALAN WILDING MARTIN Y JOHANA
JIMENEZ CANDAL CASO 0405209SEK
SECT INST 977 PO BOX 362589
SAN JUAN PR 00936-2589

Página 1
Número de cuenta 3004141996
Desde 31 Ago 2007
Hasta 28 Sep 2007

Caso #
0405209SEK

Total de depósitos en el Banco $ 3,746.58
Total de préstamos en el Banco $ 0.00

Para preguntas llamar a  BANCO EN CASA (787)281-2000 ó 1-800-726-8263

Todo reemplazo o tarjeta adicional de tarjeta de débito tendrá un costo de $3
(Este cargo no aplica a renovaciones automáticas).


## TRUSTEE
Número de cuenta 3004141996

| | | |
|---|---|---|
| Balance inicial | | $ 3,746.58 |
| Depósitos y otros créditos | 0 | + 0.00 |
| Cheques pagados y otros retiros | 0 | - 0.00 |
| Balance final | | $ 3,746.58 |

### Información de intereses

Intereses ganados $ 0.00 basado en periodo de 028 Días
Con una tasa anual de rendimiento de 0.00 %
Intereses acreditados a la fecha 27.76

### Resumen de balance diario de la cuenta

| Fecha | Balance | Fecha | Balance | Fecha | Balance |
|---|---|---|---|---|---|
| 09/28 | 3,746.58 | | | | |