UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

In Re: ) CASE NO 04-05209
)
Alan Wilding Martin
Johana Jimenez Candal. ) CHAPTER 07
)
) *Asset*
Debtor(s)

## MOTION TO WITHDRAW UNCLAIMED FUNDS

**Johana Jimenez Candal,** claimant in this case, hereby petitions this Court for payment of **$3,746.58** being held in the registry of the Clerk, U.S. Bankruptcy Court as unclaimed funds. Claimant did not negotiate a check in said amount of **$3,746.58**; and pursuant to 11 U.S.C. Section 347(a), the trustee paid said funds to the Clerk, U.S. Bankruptcy Court.

Claimant **Johana Jimenez Candal** appointed **International Financial Locator, Inc.** its Attorney in Fact to seek recovery of said unclaimed funds on its behalf. The original notarized Limited Power of Attorney is attached to this motion.

WHEREFORE, a motion is made for an order directing the Clerk, U.S. Bankruptcy Court to pay said unclaimed funds in the amount of **$3,746.58** payable Johana Jimenez Candal **c/o International Financial Locator, Inc., 1600 Melodee Lane, Englewood, FL 34224.**

Dated: 11/02/08              By: _____
                             Oslenys Alba, Attorney-in-Fact
                             **International Financial Locator, Inc.
                             1600 Melodee Lane
                             Englewood, FL 34224
                             Tel. No. 941-681-1108
                             Email: infilo@netzero.net**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| In Re: | ) | CASE NO.04-05209- SEK |
| | ) | |
| Alan Wilding Martin | ) | |
| Johana Jimenez Candal. | ) | CHAPTER 07 |
| | ) | |
| | ) | |
| Debtor(s) | | |

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Upon Motion To Withdraw Unclaimed Funds filed by **International Financial Locator, Inc.,** on behalf of **Johana Jimenez Candal,** (the claimant or successor in interest to original claimant) and in accordance with the provisions of 28 U.S.C. Section 2042, it is

**ORDERED** that, following review by the Clerk of the Motion To Withdraw Unclaimed Funds and Power of Attorney, the Clerk is directed to remit to **International Financial Locator, Inc.,** the "Funds Locator/ Attorney in Fact" retained by the claimant **Fior Daliza Dilone Morel** the sum of **$3,746.58**, now held as unclaimed funds in the treasury for the original claimant **Johana Jimenez Candal.**

Where the claimant has retained a "Funds Locator/ Attorney in Fact", the check for these funds shall be issue in the name of the claimant and **International Financial Locator, Inc.,** mail said check to **International Financial Locator, Inc., 1600 Melodee Lane, Englewood, FL 34224.**

    **ORDERED** in the District of Puerto Rico on _____.

                                                          UNITED STATES BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO

In Re: ) CASE NO 04-05209-SEK
)
Alan Wilding Martin )
Johana Jimenez Candal )
)
Debtor(s)

## CERTIFICATE OF SERVICE

I hereby certify that on this same date a copy of this Motion and its Exhibits has been mailed via first class U.S. Postal Service to **[x]**:

**[x] United States Trustee**
Jose Ramon Carrion Morales
Po Box 9023884
San Juan, PR 00902

**[x] U.S. Attorney**
Torre Chardon, Oficina 1201
350 Avenida Carlos Chardon
San Juan, Puerto Rico 00918

**[]Debtor(s)**

**[x] Debtor's Attorney**
**Antonio I Hernandez Santiago**
**Po Box 8509**
**San Juan, PR 00910**

**Date: 11/02/2008**

**[x] Claimant**
**Johana Jimenez Candal**
**1600 Melodee Lane**
**Englewood, FL 34224**

Oslenys Alba
**International Financial Locator, Inc.**
**1600 Melodee Lane**
**Englewood, FL 34224**
Tel. No.: 941-681-1108
Email: infilo@netzero.net

# STATE OF NEW JERSEY

A0002025655

# CERTIFICATE OF DEATH

DECEASED NAME

**ALAN WILLIAM WILDING**

| DATE OF BIRTH | SEX: | DATE OF DEATH |
|---|---|---|
| **03/02/1962** | **MALE** | **11/08/2005** |

| PLACE OF DEATH | COUNTY OF DEATH |
|---|---|
| **SUSSEX** | **SUSSEX** |

| RESIDENCE ADDRESS | SOCIAL SECURITY NUMBER |
|---|---|
| **28 ZAZZETTI STREET** | **140643432** |

| MUNICIPALITY OF RESIDENCE | COUNTY OF RESIDENCE |
|---|---|
| **WALDWICK** | **BERGEN** |

| MARITAL STATUS | SURVIVING SPOUSE |
|---|---|
| **DIVORCED** | **NONE** |

| MANNER OF DEATH: | **PENDING INVESTIGATION** | FILE NUMBER |
|---|---|---|
| CAUSE OF DEATH: **PENDING TOXICOLOGY** | | **NONE** |

DATE ISSUED: 11/09/2005

DATE FILED WITH REGISTRAR: 11/09/2005  AMENDED DATE: NONE

ISSUED BY:
**TOWN OF NEWTON
HEALTH DEPARTMENT
LORRAINE A. READ, REGISTRAR**

This is to certify that the above is correctly copied from a record on file in my office.

*Certified copy not valid unless the raised Great Seal of the State of New Jersey or the seal of the issuing municipality or county, is affixed hereon.*

REG-42A
JULY 04

Joseph A. Komosinski, State Registrar
Bureau of Vital Statistics



THIS DOCUMENT HAS MULTIPLE SECURITY FEATURES TO DETER FRAUD; VOID IF ALTERED

# LIMITED POWER OF ATTORNEY
## (For one transaction only)

I, Johana Jimenez Candal, do hereby grant to *International Financial Locator, Inc* my sole true and lawful attorney-in fact for my and my name, place and stead, giving unto my constituting the practice of law that I may legally do though an attorney-in-fact, for the following **limited purpose only and for no other:**

To reclaim, recover, and return unclaimend funds in the amount of **$3, 746.58.**
**This Limited Power of Attorney is specifically limited to the collection and disbursement the above named funds and shall expire upon completion of this collection.** I authorize the use of a photocopy of this Power of Attorney, in lieu of the original.

I do hereby certify that the foregoing is true and correct.

*[signature]*
Signature Johana Jimenez Candal
a/k/a Johanna Jimenez Wilding

## NOTARY ACKNOWLEDGEMENT

State of PUERTO RICO
County of SAN JUAN

AFFIDAVIT #2784

SUBSCRIBED AND SWORN on the 7th day of February, 2008 before me, personally appeared JOHANNA JIMENEZ WILDING personally known to me or proved to me on the basis of instrument and acknowledgement to me, that they executed the same in their authorized capacity, and that by their signature on the instrument the person or their entity upon behalf of which the person acted executed the instrument.

**Identification for the above named was Driver License # (or specify other identification):** 4193096

WITNESS my hand and official seal,

Signature *[signature]*
Notary Public                     My commission expires INDEFINITELY