f c-2-19

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO

In Re: ) CASE NO 04-05209
)
Alan Wilding Martin )
Johana Jimenez Candal. ) CHAPTER 07
)
) Asset
) 
Debtor(s)

RECEIVED AND FILED MAIL 2009 FEB 15 PM 4:43

## MOTION TO WITHDRAW UNCLAIMED FUNDS

**Johana Jimenez Candal,** claimant in this case, hereby petitions this Court for payment of **$3,746.58** being held in the registry of the Clerk, U.S. Bankruptcy Court as unclaimed funds. Claimant did not negotiate a check in said amount of **$3,746.58**; and pursuant to 11 U.S.C. Section 347(a), the trustee paid said funds to the Clerk, U.S. Bankruptcy Court.

Claimant **Johana Jimenez Candal** appointed **International Financial Locator, Inc.** its Attorney in Fact to seek recovery of said unclaimed funds on its behalf. The original notarized Limited Power of Attorney is attached to this motion.

WHEREFORE, a motion is made for an order directing the Clerk, U.S. Bankruptcy Court to pay said unclaimed funds in the amount of **$3,746.58** payable Johana Jimenez Candal **c/o International Financial Locator, Inc., 1600 Melodee Lane, Englewood, FL 34224.**

Dated: 11/02/08          By: _____
                         Oslenys Alba, Attorney-in-Fact
                         **International Financial Locator, Inc.**
                         1600 Melodee Lane
                         Englewood, FL 34224
                         Tel. No. 941-681-1108
                         Email: infilo@netzero.net

*[Handwritten note at bottom of page, partially illegible:]* Obs: Denied. Co-debtor Johana Jimenez Candal has not proven she is entitled to entire amount deposited inasmuch as Mr. Alan Wildin Martin's declaration certificate shows they were divorced. [strikethrough] Candal, in San Juan, P.R. on Feb. 21, 2008. [signature] U.S. Bankruptcy Judge