UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

## MINUTE OF HEARING

*Hearing Information:*
**Debtor:** ALAN WILLIAM WILDING
**Joint Debtor:** JOHANA JIMENEZ CANDAL
**Case Number:** 04-05209-SEK  **Chapter:** 7

**Date / Time / Room:** 2-25-2011  **Courtroom #1**
**Bankruptcy Judge:** Sara De Jesus
**Courtroom Deputy:** MARIBEL MONTALVO

*Matter:*
MOTION TO WITHDRAW UNCLAIMED FUNDS IN THE AMOUNT OF $3,746.58 FILED BY CRISTIAN AND JENNIFER WILDING FOR THE ESTATE OF ALAN WIL

*Appearances:*
☐ Debtor ☐ Debtor's Attorney ☑ Trustee ☐ US Trustee
☐ Creditors/Others:

*Notes and Remarks:* *(Order will be entered electronically)

*Proceedings:*

Trustee, John Zerbe explained that funds deposited as unclaimed by Alan William Wilding Martin should have been deposited in favor of both Alan William Wilding Martin and Johana Jimenez Candal. As Mr. Alan William Wilding Martin died, his heirs are entitle to receive portion of the proceeds.
The Court will release half of $3,746.58 plus any interest earn to co debtor Johana Jimenez Candal.(separate order will be entered)