IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

ALAN WILLIAM WILDING MARTIN:
JOHANA JIMENEZ CANDAL         :         CASE NO. 04-05209 (SEK)
DEBTOR                        :         CHAPTER 7
------------------------------:

**MOTION**

Comes now, Celestino Matta-Mendez, Clerk of this Honorable Court and respectfully states the following:

1. On February 25, 2011, the Court entered an amended order (docket #73) authorizing the disbursement of unclaimed funds to co-debtor, Johana Jimenez Candal through her attorney in fact Oslenys Alba.

2. On March 25, 2011, Check #00274013 paid to the order of Johana Jimenez Candal in the amount of $1,873.29 was mailed to her attorney, Oslenys Alba, to the following address of record:
International Locator Inc.
1600 Melodee Lane
Englewood, Fl 34224

3. On April 10, 2011, said check was returned to the Clerk's Office as undeliverable by the US Post Office because there is no mail receptacle. We contacted the attorney by phone and the number has been reassigned. Therefore, we are unable to contact Attorney Oslenys Alba.

4. The codebtor, Johana Jimenez Candal contacted our office stating that she has lost contact with her attorney. The codebtors address is as follows:
PMB 155
100 Grand Paseos Blvd. Ste 112
San Juan, PR 00926
Tel.(787) 203-2334

Wherefore, based upon the enclosed information, it is respectfully requested that the Honorable Court allow the delivery of check #00274013 directly to codebtor Johana Jimenez Candal to her address of record.

San Juan, Puerto Rico this 30th day of May, 2011.

_____
Celestino Matta-Méndez
Clerk of the Court